# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1691.  LEEVON YOUNG v. THE STATE.**

In 2016, Leevon Young pleaded guilty to multiple offenses, including two counts of aggravated battery, two counts of aggravated assault, possession of a firearm or knife during commission of a felony, and possession of a firearm by a convicted felon.  In 2019, Young filed a pro se motion to set aside, alleging that his judgment of conviction is void due to problems with his arrest warrant.  The trial court denied the motion, and Young filed this appeal.

As the Supreme Court has made clear, a post-conviction motion seeking to vacate or set aside an allegedly void criminal conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the trial court's ruling on such a petition should be dismissed.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Here, Young's motion asserted that due to alleged issues with his arrest warrant, his convictions should be vacated. This is not a valid procedure for challenging the judgment in his criminal case. Accordingly, Young's appeal from the denial of his motion is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/19/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*